O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-3371 AHM (JCGx) | Date | July 20, 2011 |
|---|---|---|---|
| Title | MATTHEW C. ROBERTS v. FIRST FRANKLIN, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

On April 20, 2011, Plaintiff Matthew C. Roberts filed a complaint in federal court against First Franklin, N.A., Select Portfolio Servicing, Inc., U.S. Bank, N.A., and Does 1-10 ("Defendants"). Plaintiff is represented by counsel. Before this Court is Defendants' unopposed Motion to Dismiss.[1] The Motion was taken under submission on July 14, 2011. Dkt. 6. For the following reasons, the Court GRANTS the motion.

The Complaint, brought under diversity jurisdiction, alleges six causes of action under state law, including declaratory relief, intentional misrepresentation, negligent misrepresentation, quiet title, lack of formation of contract, and breach of covenant of good faith and fair dealing.

Plaintiff has failed to oppose the Motion to Dismiss. Defendants subsequently filed a reply noting Plaintiff's non-opposition. Dkt. 5. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7–12. In addition, Defendants' Motion appears meritorious on its face. Among other things, Plaintiff's complaint lacks specific factual allegations to support the causes of action alleged pursuant to Fed. R. Civ. P. 8(a) and the heightened pleading standard of Fed. R. Civ. P. 9(b).

Accordingly, the Court GRANTS Defendants' Motion to Dismiss with leave to amend. In considering whether to amend the defective complaint, Plaintiff should carefully evaluate the points and arguments that Defendants made in their motion.

---

[1] Docket No. 3.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3371 AHM (JCGx) | Date | July 20, 2011 |
|---|---|---|---|
| Title | MATTHEW C. ROBERTS v. FIRST FRANKLIN, N.A., et al. | | |

Plaintiff must file any amended complaint by not later than August 17, 2011. Failure to file an amended complaint by this date will result in dismissal with prejudice of this action.

     Counsel for Plaintiff, Curtis A. Westfall, Esq., is hereby ordered to show cause in writing by not later than August 3, 2011 why he should not be sanctioned $250 for failure to oppose the Motion or to file a notice of opposition in violation of Local Rule 7-9.

     No hearing is required. Fed. R. Civ. P. 78; Local Rule 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | se | |